IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 06-cr-00151-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. EDWIN CONTRERAS-RODRIGUEZ,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the recess of the Hearing on the Motion to Suppress on June 27, 2006, counsel for the parties retained custody of their respective exhibits ✓ except Exhibits 9-A, 1-A, 14-A, 18-A, 19-A until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 27th day of June 2006.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____        _____
Attorney for Government  6/27/06 5:20 PM        Attorney for Defense

#5729